IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| William H. Evans, Jr., | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:09cv09 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| Vikki Owen, et al., | : | |
| | : | |
| Defendant(s). | : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 29, 2011 Report and Recommendation (Doc. 20). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 21).

This case was DISMISSED for plaintiff's failure to pay the Court's $350.00 filing fee on October 29, 2009. Plaintiff then filed on February 17, 2011, a motion to amend/correct complaint and a motion for relief from the judgment (Doc. 17).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, plaintiff's motion for relief from judgment (Doc. 17) is **DENIED.**

IT IS SO ORDERED.

                                                ___s/Susan J. Dlott_____
                                                Chief Judge Susan J. Dlott
                                                United States District Court